IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Samantha Gunn | ) | |
|     Plaintiff, | ) | Case No. 8:12-cv-414 |
| | ) | |
| v. | ) | **NOTICE OF CASE DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| I.Q. Data International, Inc. | ) | |
| | ) | |
|     Defendant | ) | |

COMES NOW, the Plaintiff, through her attorney, Burke Smith, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), gives notice of Parties' dismissal of all claims in this case with prejudice as to all parties as it has been settled in its entirety. Each party to pay its own fees and costs to the extent not otherwise agreed upon in the parties' settlement agreement.

Dated: January 11, 2013

                                  Samantha Gunn, Plaintiff

                             By: /s/ Burke Smith
                                Burke Smith, #19883
                                Burke Smith Law
                                10730 Pacific Street, Ste. 213
                                Omaha, NE 68114
                                Tel. (402) 718-8865
                                Fax (402) 218-4392
                                burke@burkesmithlaw.com

                                ATTORNEY FOR PLAINTIFF

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2013, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, and I certify that I have sent the document to the following non-CM/ECF participants by e-mail.

Mr. Michael O'Meara, Esq.
E-mail:  michaelo@iqdata-inc.com

                                            By: /s/ Burke Smith
                                                Burke Smith