IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMANTHA GUNN, | ) | 8:12CV414 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| I. Q. DATA INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's notice of dismissal (filing 6) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice.

January 14, 2013.        BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge